# CRIMINAL COMPLAINT
(Electronically Submitted)

| United States District Court | DISTRICT of ARIZONA |
|---|---|
| United States of America<br>v.<br>**Arthur Fernandez, Jr.**<br>DOB: 1982; United States Citizen | DOCKET NO.<br><br>MAGISTRATE'S CASE NO.<br>**20-00352MJ** |

Complaint for violation of Title 18, United States Code, Section 924(a)(1)(A)

**COMPLAINANT'S STATEMENT OF FACTS CONSTITUTING THE OFFENSE OR VIOLATION:**

On or about December 13, 2019, in the District of Arizona, Arthur Fernandez, Jr. knowingly made a false statement and representation to Second Amendment Sports, Inc., licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports, Inc.; in that Arthur Fernandez, Jr., in connection with the purchase of firearms, that is: two AMT model Back Up .380 caliber pistols, one Cobra Enterprises model CA-380 .380 caliber pistol, one Taurus model 856 .38 caliber revolver, one Girsan, model MC1911 .45 caliber pistol, one HWM/EAA model EA/R .38 caliber revolver and one Taurus model 605 .357 caliber revolver; stated that his current residence address was 7846 E. Monte Tesoro Dr., Kingman, AZ 86401, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

**BASIS OF COMPLAINANT'S CHARGE AGAINST THE ACCUSED:**

On December 13, 2019, Arthur Fernandez, Jr. purchased a total of seven firearms – two AMT model Back Up .380 caliber pistols, one Cobra Enterprises model CA-380 .380 caliber pistol, one Taurus model 856 .38 caliber revolver, one Girsan, model MC1911 .45 caliber pistol, one HWM/EAA model EA/R .38 caliber revolver and one Taurus model 605 .357 caliber revolver – from Second Amendment Sports, Inc., a Federal Firearms Licensee (FFL) in Tucson, Arizona. On the ATF Form 4473–Firearms Transaction Record completed by Fernandez when acquiring the firearms, Fernandez stated that his current residence was 7846 E. Monte Tesoro Dr., Kingman, AZ 86401. An ATF Form 4473 is required to be completed by the purchaser for every firearm purchase from an FFL. The purchaser must certify that all information contained in the ATF Form 4473 is true, correct, and complete. The ATF Form 4473 is required by federal law to be kept in the records of the FFL.

Prior to this transaction, on December 2, 2019, an ATF agent responded to 7846 E. Monte Tesoro Dr., Kingman, AZ 86401 and observed that the house was vacant and listed for sale. The ATF agent spoke with a neighbor who indicated that the last resident was a white male who moved to another address in Kingman approximately a month and a half prior, and the previous residents were a Hispanic family from Hemet, California, that moved out approximately a year and a half ago. When interviewed by ATF agents on December 13, 2019, Fernandez admitted that he no longer was a resident of Arizona and was currently living in Texas for his job. Fernandez also stated that his permanent residence is in Hemet, California. ATF agents discovered that Fernandez had a California driver's license, and observed a vehicle registered to Fernandez at a residence in Hemet, California.

MATERIAL WITNESSES IN RELATION TO THE CHARGE: N/A

| DETENTION REQUESTED<br>Being duly sworn, I declare that the foregoing is true and correct to the best of my knowledge.<br><br>AUTHORIZED AUSA *Angela W. Woolridge* | SIGNATURE OF COMPLAINANT<br>Digitally signed by STACY CUNNINGHAM<br>**STACY CUNNINGHAM**<br>Date: 2020.06.02 12:32:07 -07'00' |
|---|---|
| | OFFICIAL TITLE<br>ATF Special Agent Stacy Cunningham |
| Sworn by telephone __x__ | |
| SIGNATURE OF MAGISTRATE JUDGE[1]<br>*[signature]* | DATE<br>June 2, 2020 |

[1] See Federal rules of Criminal Procedure Rules 3, 4.1, and 54

CC: USM (2); AUSA