JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Louisiana State Bar № 35721
**CARLOS A. VELAZQUEZ MARRERO**
Puerto Rico Bar № 20743
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorneys for Defendant*
*Leo_Costales@fd.org*
*Carlos_Velazquez@fd.org*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Arthur Fernandez, Jr.,**<br><br>**Defendant.** | **CR21-0795-TUC-RM (EJM)**<br><br>**SUPPLEMENT TO OBJECTIONS TO PSR (Doc. 61)** |

Arthur Fernandez, Jr., through undersigned counsel, respectfully submits the following supplement to correct a factual issue in his previously filed objections to the PSR. (Doc. 61). Within the relevant conduct analysis addressed in p. 5-6 of the objections, the three firearms at issue are one Romarm Draco pistol, and two Ruger .380-caliber LCP pistols, rather than three identical Romarm Draco pistols as incorrectly stated in the objections.

When writing the initial objections, undersigned counsel misunderstood the language in PSR ¶ 9 to mean all three firearms were identical: "When he purchased the

Draco, he also purchased two additional handguns of identical makes, models, and calibers." Similar language is found in an ATF ROI. Upon subsequent review of disclosure, and after discussing the issue with the AUSA, undersigned counsel now understands that language from the ROI and PSR refers to the two additional pistols as being identical makes, models, and calibers as each other, rather than being identical to the Romarm Draco pistol.

For the reasons previously stated in the objections, the defense's position remains that the three firearms at issue, now correctly identified as one Romarm Draco pistol and two Ruger LCP pistols, should be excluded from the total count of firearms in calculating the offense level.

**RESPECTFULLY SUBMITTED:** October 26, 2022.

JON M. SANDS
Federal Public Defender

***/s/ J. Leonardo Costales***
**J. LEONARDO COSTALES**
Assistant Federal Public Defender