JON M. SANDS
Federal Public Defender
**J. LEONARDO COSTALES**
Louisiana State Bar № 35721
**CARLOS A. VELAZQUEZ MARRERO**
Puerto Rico Bar № 20743
Assistant Federal Public Defenders
407 W. Congress, Suite 501
Tucson, AZ 85701-1355
Telephone: (520)879-7500
*Attorneys for Defendant*
*Leo_Costales@fd.org*
*Carlos_Velazquez@fd.org*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **United States of America,**<br><br>**Plaintiff,**<br><br>**v.**<br><br>**Arthur Fernandez, Jr.,**<br><br>**Defendant.** | **CR21-0795-TUC-RM (EJM)**<br><br>**NOTICE OF ERRATA** |

Arthur Fernandez, Jr., through undersigned counsel, hereby files this notice of errata to correct an error made by counsel in his objections. (Doc. 61).

On page 6, undersigned counsel incorrectly stated, in arguing an objection, the following regarding the offense conduct: "His offense conduct was purely technical – he intentionally used the wrong address on an ATF Form 4473." Counsel would respectfully request that the Court strike the word "intentionally" within that sentence and replace it with "thoughtlessly" instead. As the defense will clarify in its sentencing memo, Mr. Fernandez takes full responsibility for his offense conduct, but it is incorrect to describe

his actions as intentional. The elements of the offense also do not require that Mr. Fernandez have acted intentionally.

The use of intentionally in that sentence within the objections was an oversight by counsel, and the sentencing memorandum will further elaborate on the circumstances surrounding Mr. Fernandez's offense conduct, and his state of mind when he committed the offense conduct.

**RESPECTFULLY SUBMITTED:** October 30, 2022.

JON M. SANDS
Federal Public Defender

***/s/ J. Leonardo Costales***
**J. LEONARDO COSTALES**
Assistant Federal Public Defender